# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 15-0186-WS-M |
| | ) |
| **MILLARD REFRIGERATED** | ) |
| **SERVICES, LLC,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER APPROVING ENTRY OF
## JOINT STIPULATION OF SETTLEMENT

Upon consideration of the Motion for Entry of Joint Stipulation of Settlement between the United States and Millard Refrigerated Services, LLC, in the above-captioned case ("Joint Stipulation"), there being no opposition thereto, and for good cause shown, the Joint Stipulation is entered. The Court has signed the Joint Stipulation on Page 7 reflecting its approval. This Joint Stipulation shall constitute a final judgment between and among the United States and Millard Refrigerated Services, LLC.

DONE and ORDERED this 29th day of May, 2015.

s/ WILLIAM H. STEELE
CHIEF UNITED STATES DISTRICT JUDGE